**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alberto ROJAS–DE LA ROSA,**
**Defendant–Appellant.**

**No. 04–50534.**

United States Court of Appeals,
Fifth Circuit.

Decided July 27, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, San Antonio, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellee's unopposed motion to vacate sentence is granted.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand case

---

to the district court for resentencing is granted.

IT IS FURTHER ORDERED that appellee's alternative unopposed motion to extend time to file appellee's brief until 14 days after denial of motion to vacate and remand is denied as moot.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.